MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>BETSY LIM</u>              CASE NO. <u>3:06-mj-00134-01-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody
U.S.A. vs. <u>MICHAEL QUAN</u>           CASE NO. <u>3:06-mj-00134-02-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER: <u>APRIL KARPER</u>

UNITED STATES ATTORNEY: <u>TODD MIKILOP</u>

DEFENDANT'S ATTORNEY: <u>KEVIN MCCOY - FRIEND OF THE COURT</u>

U.S.P.O.: <u>PAULA MCCORMICK</u>

INTERPRETER: <u>JIAN LI</u>    (Mandarin)
<u>X</u> Telephonic Appearance (Language Line)    (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JULY 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:51 p.m. court convened.

<u>X</u> Copy of Complaint given to defendants Lim and Quan: read.

<u>X</u> Defendants Lim and Quan advised of general rights.

<u>X</u> Defendants Lim and Quan advised of charges and penalties.

<u>X</u> Defendants Lim and Quan detained. Detention / Preliminary Hearing set for **July 13, 2006 at 9:30 a.m.** as to defendants Lim and Quan.

<u>X</u> Order of Temporary Detention Pending Hearing **FILED** as to defendants Lim and Quan.

<u>X</u> OTHER: Court and counsel hard re defendants Lim and Quan's desire to hire own attorney. Court and counsel heard re plaintiff's oral motion for a detention hearing as to defendants Lim and Quan; **GRANTED.**

At 4:18 p.m. court adjourned.

DATE: <u>July 7, 2006</u>    DEPUTY CLERK'S INITIALS: <u>ak</u>