Kevin F. McCoy  
Assistant Federal Defender  
FEDERAL PUBLIC DEFENDER  
FOR THE DISTRICT OF ALASKA  
601 West Fifth Avenue, Suite 800  
Anchorage, Alaska  99501  
(907) 646-3400  

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID QUAN,<br><br>　　　　　Defendant. | NO. 3:06-MJ-00134-JDR<br><br>**NOTICE OF INTENT TO APPLY FOR FEDERAL DEFENDER** |

　　　　The Federal Defender, as friend of the court, gives notice that David Quan will ask for appointed counsel.

　　　　DATED at Anchorage, Alaska this 11th day of July 2006.

　　　　　　　　Respectfully submitted,

　　　　　　　　s/Kevin F. McCoy  
　　　　　　　　Assistant Federal Defender  
　　　　　　　　601 West Fifth Avenue, Suite 800  
　　　　　　　　Anchorage, AK 99501  
　　　　　　　　Phone:　　907-646-3400  
　　　　　　　　Fax:　　　907-646-3480  
　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the *Notice of Intent to
Apply for Federal Defender* was
served electronically on:

Todd Mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy