AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of ALASKA

**RECEIVED**

MAR 3 0 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

| UNITED STATES OF AMERICA | | **WARRANT FOR ARREST** |
|---|---|---|
| V. | | |
| Michael Quan | Case | 3-06-MJ-00134-JDR |

To: The United States Marshal
   and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED to** arrest     Michael Quan

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ☐ Indictment | ☐ Information | ☒ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |
|---|---|---|---|---|---|---|

charging him or her with   (brief description of offense)

Knowingly or in reckless disregard brought into the United States aliens who had not received official prior authorization to come, enter or reside in the United States

| in violation of Title | 8 | United States Code, Section(s) | 1324(a)(2) |
|---|---|---|---|

**BAIL FIXED AT $** _Detention Hearing Requested._

| Name of Issuing Officer **JOHN D. ROBERTS** | Signature **REDACTED SIGNATURE** |
|---|---|
| **United States Magistrate Judge** | |
| UNITED STATES MAGISTRATE JUDGE | July 7, 2006 at Anchorage, Alaska |
| Title of Issuing Officer | Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ANCHORAGE

| DATE RECEIVED 7/7/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/7/06 | DUSM TROY MEEKS | for R. Syden |